# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

260 MADISON AVENUE
22nd FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

375 ABBOTT ROAD
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

August 21, 2024

***VIA ECF***

The Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-415

RE: *Cordero v. Costco Wholesale Corporation*
Civil Action No.: 7:24cv5271

Dear Judge Karas:

We represent Plaintiff in the above-referenced action. Per the Court's Calendar Notice of August 8, 2024, an initial conference is scheduled for Thursday, September 5, 2024 at 11:15 a.m. See ECF No. 8. With the consent of counsel for Defendant, we respectfully request an adjournment of the case management conference because Plaintiff's counsel has a conflict on that date, in connection with a long-scheduled vacation. This is the first request for such an adjournment, and no other court dates have been scheduled in this matter. If it is convenient for the Court, the parties are available for an adjourned conference on Friday, September 20, or Friday, September 27, 2024.

Thank you.

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*Thomas J. McKenna*

Thomas J. McKenna

TJM/nr

cc: All counsel of Record via ECF

*Granted. The Court will hold a teleconference on 9/20/24 at 12:15 PM*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

8/22/2024